**Order entered December 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00827-CR

### JOSE MERLAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-60351-P**

## ORDER

The Court **GRANTS** court reporter Lisabeth Kellett's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Kellett to file the reporter's record within **FIFTEEN (15) DAYS** of this order.

/s/     ADA BROWN
JUSTICE